DANIEL RODRIGUEZ, ESQ., SBN 096625
M. SCOTT FONTES, ESQ., SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiff MAP, a minor,
by and through his guardian ad litem,
MARIA ISABEL PEREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAP, a minor, by and through his guardian ad litem, MARIA ISABEL PEREZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, JASON MATSON; and DOES 1 to 100, Inclusive,<br><br>           Defendants. | Case No.<br><br>**ORDER GRANTING PETITION OF MARIA ISABEL PEREZ TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR MAP**<br><br>**[Fed. R. Civ. Pro. 17(c); Local Rule 17-202(a)]** |

///

///

///

---

[PROPOSED] ORDER GRANTING PETITION OF MARIA ISABEL PEREZ TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR MAP
- 1 -

## **ORDER**

The Court having considered the petition of Maria Isabel Perez for the appointment of a guardian *ad litem* for MAP, a minor, who is a Plaintiff in the above-entitled action, and good cause appearing,

IT IS HEREBY ORDERED that Maria Isabel Perez be appointed guardian *ad litem* for MAP in this action.

IT IS SO ORDERED.

DATED: 22 April 2008                         ___/s/ *Dennis L. Beck*_____
                                                        U. S. MAGISTRATE JUDGE