Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants, CITY OF BAKERSFIELD, BAKERSFIELD POLICE
DEPARTMENT and JASON MATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAP, a minor, by and through his guardian ad litem, MARIA ISABEL PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, JASON MATSON, and DOES 1 to 100, inclusive,,<br><br>Defendants. | Case Number 1:08-CV-00540-DLB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between MARIA ISABEL PEREZ as guardian ad litem on behalf of MAP, a minor, through their respective counsel, that defendants

///
///
///
///
///

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

**MAP v. City of Bakersfield, et al.**
**U.S. District Court, Case No. 1:08-CV-00540-DLB**

1

1  CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT and JASON MATSON be
2  dismissed with prejudice in this matter and that no further costs or fees be recovered.
3  Dated: January 30, 2009.                    MARDEROSIAN, RUNYON, CERCONE,
                                                LEHMAN & ARMO

                                                By:   /s/ Michael E. Lehman
                                                      MICHAEL E. LEHMAN
                                                      Attorney for defendants above-named.

8  Dated: January 26, 2009.                    RODRIGUEZ & ASSOCIATES

                                                By:   /s/ Daniel Rodriguez
                                                      DANIEL RODRIGUEZ
                                                      Attorneys for Plaintiff MAP, a minor,
                                                      by and through his guardian ad litem,
                                                      MARIA ISABEL PEREZ

## ORDER

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

The above entitled action be dismissed with prejudice.

IT IS SO ORDERED.

   Dated:   **February 6, 2009**                    **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

**MAP v. City of Bakersfield, et al.**
U.S. District Court, Case No. 1:08-CV-00540-DLB

2